BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA (SBN 212225)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiffs
SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG;<br><br>Plaintiffs,<br><br>v.<br><br>REGAL STONE, LTD.; HANJIN SHIPPING, CO., LTD.; JOHN COTA; M/V COSCO BUSAN, Official No. 9231743 her engines, apparel, furniture, etc, *in rem*;<br><br>Defendants. | Case No. 07-05926-JL<br><br>**NOTICE OF OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11 IN CIVIL CASE 07-5800 SC** |

COME NOW PLAINTIFFS and hereby give notice of its opposition to the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and 7-11 filed on December 3, 2007 in Case No. 07-5800 SC**.** A true and correct copy is attached hereto, Marked Exhibit A of the Plaintiffs opposition to the

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1  related case motion. Attached hereto marked Exhibit B is a true and correct copy of the

2  Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil

3  Local Rule 3-12 and 7-11. .   For the foregoing reasons, the  Plaintiffs respectfully

4  request that the Administrative Motion to Consider Whether Cases Should be Related

5  Pursuant to Civil L.R. 3-12 and 7-11 filed by the Plaintiffs in *Chelsea* be denied.

8  Dated: December 6, 2007                              BIRNBERG & ASSOCIATES

10                                                                           By: /s/Cory Birnberg
                                                                                  Cory A. Birnberg
                                                                                  Attorney for Defendants

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001