1  **BIRNBERG & ASSOCIATES**
   **CORY A. BIRNBERG (SBN 105468)**
2  **JOSEPH SALAMA (SBN 212225)**
   **703 Market Street Suite 600**
3  **San Francisco, California 94103**
   **Telephone Number: (415) 398-1040**
4  **Facsimile Number: (415) 398-2001**

5

6  **Attorneys for Plaintiffs:**
   **SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V**
   **GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA,**
7  **LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD**
   **FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG**

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 **CHELSEA, LLC, MARK RUSSO,**          )  **Case No. C–07-5800-SC**
   **ALLEN LORETZ, IVAN SIMPSON,**        )
13 **individually and on**                )  **Related case 07-05926-SC**
   **behalf of all others similarly situated,** )
                                          )  **PLAINTIFFS SHOGREN LIVING**
14              **Plaintiffs,**           )  **TRUST; PATRICK DAVIS; STEPHEN**
                                          )  **MELZ; BOB SILVA; AND GALE**
15         **v.**                         )  **FORCE, INC DISMISSAL WITHOUT**
                                          )  **PREJUDICE**
16 **REGAL STONE, LTD., HANJIN**          )
   **SHIPPING, CO., LTD., CONTI CAIRO**   )
17 **KG, NSB NEIDERELBE, SYNERGY**        )  **[FRCP 41(a)]**
   **MARITIME, LTD. *In Personam*; M/V**  )
18 **COSCO BUSAN, their engines, tackle,** )
   **equipment, appurtenances, freights, and** )
19 **cargo *In Rem*,**                    )
                                          )
20             **Defendants.**            )
                                          )
21                                        )
                                          )
22 _____ )

23

24  ///

25  ///

26  ///

27  ///

28  ///

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**DISMISSAL WITHOUT PREJUDICE**          **Case Nos. C–07-5800-SC/07-05926-SC**

**SHOGREN LIVING TRUST; PATRICK**    **Case No. 07 -05926-SC**
**DAVIS; ROSE MARIE, INC.; STEPHEN**
**MELZ; F/V GLADNIK, LLC; F/V**
**MIDORI, LLC; F/V CHARLIE D., LLC;**
**F/V DONITA, LLC; BOB SILVA; GALE**
**FORCE, INC.; F/V INTREPID, INC.;**
**BRADFORD FLOYD; DANNY**
**MURRAY; DOMONIC DAPETTI;**
**CHAD DALHBERG;**

                    **Plaintiffs,**

          **v.**

**REGAL STONE, LTD.; HANJIN**
**SHIPPING, CO., LTD.; JOHN COTA;**
**M/V COSCO BUSAN, Official No.**
**9231743 her engines, apparel, furniture,**
**etc,** *in rem***;**

                    **Defendants.**

_____

          COMES NOW PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS;

STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC., by and through their

attorney of record, Cory A. Birnberg of Birnberg & Associates, and does hereby dismiss

their complaint, filed on November 21, 2007, without prejudice, pursuant to Federal Rule

of Civil Procedure 41, subsection (a)(1)(A)(i).  Defendants have not been served nor have

they responded to the complaint.  This dismissal only applies to PLAINTIFFS

SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA;

AND GALE FORCE, INC. and not the other Plaintiffs.


Dated: 5 February 2008                    BIRNBERG & ASSOCIATES


                              By: /s/Cory Birnberg_____
                              Cory A. Birnberg
                              Attorney for Plaintiffs

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA