1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8

9

CHELSEA, LLC, MARK RUSSO, ALLEN    )   Case No. 07-5800 SC
10  LORETZ, and IVAN SIMPSON,          )   (and related cases:
individually and on behalf of all  )           07-6045 SC
11  others similarly situated,         )           07-5926 SC)
                                       )
12          Plaintiffs,                )   ORDER RE DEFENDANTS'
                                       )   COMMUNICATION WITH
13      v.                             )   PUTATIVE CLASS
                                       )   MEMBERS AND ORDER
14  REGAL STONE, LTD., HANJIN SHIPPING,)   LIFTING STAY
CO., LTD., CONTI CAIRO KG, NSB     )
15  NEIDERELBE, SYNERGY MARITIME, LTD. )
IN PERSONAM, M/V COSCO BUSAN, their)
16  engines, tackle, equipment,        )
appurtenances, freights, and cargo )
17  IN REM,                            )
                                       )
18          Defendants.                )
                                       )
19  _____    )

20      At the hearing held on February 22, 2008, the Court ordered

21  Defendants to inform those individuals who have already signed

22  Defendants' so-called "Prepayment Advance Form" that by signing

23  this form, these individuals had in no way waived or prejudiced

24  their right to join any lawsuit against Defendants for the oil

25  spill resulting from the crash of the Cosco Busan on November 7,

26  2007.  In a letter submitted April 15, 2008, Defendants, in

27  defending their failure to comply with the Court's order, stated

28  that "they believe it is premature to provide notice to claimants

**United States District Court**
For the Northern District of California

who have previously executed releases . . . ."  Docket No. 83.

In light of this willful failure to comply with the Court's prior order, and pursuant to Federal Rule of Civil Procedure 23(d) and the Supreme Court's holding in <u>Gulf Oil v. Bernard</u>, 452 U.S. 89 (1981), the Court hereby ORDERS the following:

- Defendants shall draft and send a letter to all individuals who have signed the Prepayment Advance Form or any other claims process forms issued by Defendants or Hudson Marine.

- The letter shall indicate that by signing a release form, claimants have in no manner waived or prejudiced their right to join any lawsuit or class action against Defendants for the oil spill damages resulting from the crash of the Cosco Busan on November 7, 2007.

- By 12:00 p.m. on May 2, 2008, Defendants shall submit an affidavit indicating that they have complied with this Court's Order.

- A copy of the above-described letter shall be attached to the affidavit and submitted to the Court.

- If Defendants fail to comply with this Order by May 2, Defendants are to appear in Courtroom #1 on the 17th floor at 10:00 a.m. on Monday, May 5, at which time the Court will impose sanctions for non-compliance with this Court's orders.

- Furthermore, Defendants shall amend their "Prepayment Advance Form" so that it clearly states that acceptance of any payment is without prejudice to pursuit of any legal action in a court of law, or join any class action concerning this matter. ///

     - The stay on discovery is lifted, notwithstanding the right
of any party to exercise any privileges to which he or she may be
entitled.


     IT IS SO ORDERED.

     Dated: April 25, 2008



_____
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

3