IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHELSEA, LLC. et al.,
    Plaintiff(s),

v.

REGAL STONE, LTD., et al.,
    Defendant(s).
_____/

No.  C-07-5800-SC
      C-07-5926-SC
      C-07-6045-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Sanctions Hearing set for **May 5, 2008 at 10:00 A.M.** before the Honorable Samuel Conti is **off calendar**.

Dated:    May 2, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk