1

```
 1                 UNITED STATES DISTRICT COURT          FILED

 2                NORTHERN DISTRICT OF CALIFORNIA  08 MAY -8 PM 1:30

 3                                                 RICHARD W. WIEKING
                                         ORIGINAL  CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
 4  CHELSEA, LLC,                    )

 5             PLAINTIFFS,           )

 6  VERSUS                           )  CASE NO. C07-5800

 7                                   )  APRIL 25, 2008

 8  REGAL STONE, LTD., ET AL,        )  SAN FRANCISCO, CALIFORNIA

 9             DEFENDANTS            )

10  _____  )

11  SHOGREN LIVING TRUST, ET AL.,    )

12  VERSUS                           )  CASE NO. C07-5926SC

13                                   )

14  REGAL STONE, LTD. ET AL.,        )

15  _____  )

16              BEFORE THE HONORABLE SAMUEL CONTI

17             UNITED STATES DISTRICT COURT JUDGE

18  APPEARANCES:
    FOR PLAINTIFFS       AUDET & PARTNERS LLP
19                       BY:  WILLIAM M. AUDET, ESQ.
                         ADEL NADJI, ESQ.
20                       MICHAEL MC SHANE, ESQ.

21                       ANTHONY M. URIE, ESQ.
                         18025 17TH AVENUE NW
22                       SHORELINE, WASHINGTON 98177

23                       BIRNBERG AND ASSOCIATES
                         BY:  JOSEPH SALAMA, ESQ.
24                       703 MARKET STREET STE. 600
                         SAN FRANCISCO, CALIFORNIA 94103
25
    *APPEARANCES CONTINUED ON NEXT PAGE
```