BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA (SBN 212225)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiffs:
SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>Related case 07-05926-SC<br><br>PLAINTIFFS F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG DISMISSAL WITHOUT PREJUDICE<br><br>[FRCP 41(a)] |

///

///

///

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1

DISMISSAL WITHOUT PREJUDICE                    Case Nos. C–07-5800-SC/07-05926-SC

| | |
|---|---|
| **SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG;**<br><br>**Plaintiffs,**<br><br>v.<br><br>**REGAL STONE, LTD.; HANJIN SHIPPING, CO., LTD.; JOHN COTA; M/V COSCO BUSAN, Official No. 9231743 her engines, apparel, furniture, etc,** *in rem*;<br><br>**Defendants.** | Case No. 07 -05926-SC |

COMES NOW PLAINTIFFS **PLAINTIFFS F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG**., by and through their attorney of record, Cory A. Birnberg of Birnberg & Associates, and does hereby dismiss their complaint, filed on November 21, 2007, without prejudice, pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(i). Defendants have not been served nor have they responded to the complaint. This dismissal applies to the entire set of plaintiffs represented by Cory Birnberg, and is without prejudice to these clients participation in the pending class action(s). Please remove counsel from the service list after the dismissal is ordered.

Dated: 30 July 2008                                    BIRNBERG & ASSOCIATES

                                                                      By: /s/Cory Birnberg
                                                                      Cory A. Birnberg
                                                                      Attorney for Plaintiffs

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001